IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEREK T. CROOM,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 22-CV-3817 |
| | : | |
| **CITY OF PHILADELPHIA,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 11th day of October, 2023, upon consideration of Plaintiff Derek T. Croom's *pro se* Amended Complaint (ECF No. 17), his Motion for Appointment of Counsel (ECF No. 20), and his requests for entry of default (ECF Nos. 18, 19, 21), it is hereby **ORDERED** that:

1. Croom's Amended Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in my accompanying Memorandum Opinion.

2. Croom's Motion for Appointment of Counsel is **DENIED**.

3. Croom's requests seeking the entry of default are **DENIED AS MOOT**.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**